## PRICE ET AL. *v.* BOWEN.

From the Wayne Circuit Court.

*J. P. Siddall*, for appellants.

*L. D. Stubbs*, for appellee.

DOWNEY, J.—There is but one question in this case, and that is the same question that was decided in the case of *Price* v. *Pollock*, *ante*, p. 362. The first named of the appellants is the same person in each case. On the authority of that case, the judgment in this case must be affirmed.

The judgment is affirmed, with three per cent. damages and costs.